UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60259-CR-HURLEY/Vitunac

UNITED STATES OF AMERICA

v.

JEAN PAUL,

       Defendant,

  and

DONDEE BAIL BONDS,

       Corporate Surety_____/

## ORDER REVOKING SURETY AND ESTREATING APPEARANCE BONDS

THIS MATTER is before the Court on the United States' Motion for revocation and estreature of the corporate surety appearance bond of defendant JEAN PAUL and Dondee Bail Bonds, in the sum of $100,000 as to the corporate surety bond, and against defendant JEAN PAUL, in the sum of $400,000 as to the personal surety bond, is amply supported by the records of this Court; therefore, it is

**ORDERED AND ADJUDGED** that the appearance bonds of defendant JEAN PAUL in the sums of $100,000 Corporate Surety Bond and in the sum of $400,000 Personal Surety Bond is

hereby revoked and estreated.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 8th day of July __, 2008.

DANIEL T. K. HURLEY
UNITED STATES DISTRICT JUDGE

cc:

AUSA Robin Waugh-Farretta
AUSA Elizabeth Stein
Paul Lazarus, Counsel for Defendant
JEAN PAUL, inmate number 77486-004, 2460 NW 103 Street, Miami, FL 33147
Dondee Bail Bonds, 1454 NW 17th Avenue, #202, Miami, Florida 33125