UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60259-CR-HURLEY/Vitunac

UNITED STATES OF AMERICA

v.

JEAN PAUL,

        Defendant,

   and

DONDEE BAIL BONDS,

        Corporate Surety_____/

## FINAL JUDGMENT OF FORFEITURE OF APPEARANCE BONDS

THIS MATTER is before the Court on the United States' Motion for a Final Judgment of Forfeiture of Appearance Bonds against defendant JEAN PAUL and as to corporate surety Dondee Bail Bonds. The United States seeks to forfeit the appearance bonds posted with this Court in the sum of $100,000 as to the corporate surety bond, $400,000 as to the personal surety bond, plus accrued interest, if any, respectively, and the Court having noted the previous revocation and estreature of said appearance bonds, and having found no basis for exonerating or remitting the bonds, it is

**ORDERED AND ADJUDGED** that plaintiff United States of America have judgment against defendant JEAN PAUL and Dondee Bail Bonds, in the sum of $100,000 as to the corporate surety bond, and against defendant JEAN PAUL, in the sum of $400,000 as to the personal surety bond, respectively, together with interest thereon from the date of this judgment as prescribed by 28 U.S.C. § 1961; and it is further,

**ORDERED AND ADJUDGED** that any and all monies or things of value deposited with

the Registry Fund Account of the Clerk of Court as security for the aforesaid bonds shall be forthwith transferred to the Treasury of the United States in accordance with 28 U.S.C. §§ 2042 and 2043; and it is further

**ORDERED AND ADJUDGED** that any and all real or personal property, wherever situated and in whomsoever's custody it may be, pledged or granted to the United States to secure payment of the aforesaid bonds, is hereby forfeited to the United States and subject to disposition according to law.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 8 day of July, 2008.

DANIEL T. K. HURLEY
UNITED STATES DISTRICT JUDGE

cc:

AUSA Robin Waugh-Farretta
AUSA Elizabeth Stein
Paul Lazarus, Counsel for Defendant
JEAN PAUL, inmate number 77486-004, 2460 NW 103 Street, Miami, FL 33147
Dondee Bail Bonds, 1454 NW 17th Avenue, #202, Miami, Florida 33125

3